Argued and submitted July 30, reversed and remanded August 26, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JAMES EDWARD TAYLOR,
*Defendant-Appellant.*

Washington County Circuit Court
C072846CR; A137997

215 P3d 931

Peter Gartlan, Chief Defender, Office of Public Defense Services, argued the cause and filed the brief for appellant.

Robert M. Atkinson, Senior Assistant Attorney General, argued the cause for respondent. On the brief were John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Anna M. Joyce, Assistant Attorney General.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Deits, Senior Judge.

PER CURIAM

Reversed and remanded. *State v. Kirkeby,* 220 Or App 177, 185 P3d 510, *rev allowed,* 345 Or 301 (2008); *State v. Rodgers,* 219 Or App 366, 182 P3d 209, *rev allowed,* 345 Or 301 (2008).